Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | |
|---|---|
| David Scott Albers, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 21-cv-1182 |
| J Shea and Federal Bureau of Prisons, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed for Plaintiff's failure to state a claim. Plaintiff takes nothing.

**Dated:** 11/5/2021

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:  s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge